IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER CHAPPELL,         )
                              )
    Petitioner,               )
                              )
                              )    CIVIL ACTION NO.
    v.                        )      2:15cv907-MHT
                              )          (WO)
LEEPOSEY DANIELS, et al.,     )
                              )
    Respondents.              )
```

## JUDGMENT

After an independent and de novo review of the record, it is ORDERED that:

(1) The petitioner's objection (doc. no. 7) is treated as a motion to dismiss without prejudice and said motion is granted.

(2) The magistrate judge's recommendation (doc. no. 4) is withdrawn.

(3) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of January, 2016.

                                     /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**